THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
   dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
   mmaryott@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
   smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Plaintiff POSTMATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTMATES INC., | CASE NO. 2:20-cv-02783-PSG |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| 10,356 INDIVIDUALS, | |
| Defendants. | |

# PROOF OF SERVICE

I, Shaun Mathur, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive Irvine, CA 92612-4412, in said County and State.

On Monday, April 6, 2020, I served the following document(s):

**FIRST AMENDED COMPLAINT**

**NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**

**MEMORANDUM IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

**DECLARATION OF THEANE EVANGELIS (AND SUPPORTING EXHIBITS)**

**DECLARATION OF PATRICIA CARTES ANDRES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (AND SUPPORTING EXHIBITS)**

**PROPOSED ORDER RE PRELIMINARY INJUNCTION**

on the parties stated below, by the following means of service:

Ashley Keller
Travis Lenkner
Warren Postman
Marquel Reddish
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220
ack@kellerlenkner.com
tdl@kellerlenkner.com
wdp@kellerlenkner.com
mpr@kellerlenkner.com

*Counsel for Defendants*

☑ **BY UNITED STATES MAIL:** I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is

Gibson, Dunn & Crutcher LLP

1

PROOF OF SERVICE.

placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ **BY ELECTRONIC TRANSMISSION:** I sent a file-sharing link permitting each of the individuals listed above to download a true copy of each of the above mentioned documents on April 3, 3030.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2020 at Los Angeles, California.

_____
Shaun Mathur