

E-FILED
APR 14 2020
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTMATES INC., <br><br>              Plaintiff, <br><br>v. <br><br>10,356 INDIVIDUALS, <br><br>              Defendants. | CASE NO. 2:20-cv-02783-PSG-JEM <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO PLACE DKT. NOS. 8-21 AND 17-23 UNDER SEAL |

The Court, having considered the Parties' Stipulation to Place Dkt. Nos. 8-21 and 17-23 Under Seal,

IT IS HEREBY ORDERED that the Parties' Stipulation to Place Dkt. Nos. 8-21 and 17-23 Under Seal is GRANTED.

IT IS SO ORDERED.

Dated this 14th day of April 2020.

_____
Hon. Philip S. Gutierrez
United States District Judge

Gibson, Dunn &
Crutcher LLP