Keller Lenkner LLC
1300 I Street. N.W., Suite 400E
Washington, D.C. 20005

E-FILED
APR 15, 2020

Document # _____
UOK #23

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Postmates Inc.

Plaintiff(s)

v.

10,356 Individuals

Defendant(s).

CASE NUMBER

2:20-cv-02783-PSG-JEM

(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Postman, Warren D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-749-8334
*Telephone Number*     *Fax Number*

wdp@kellerlenkner.com
*E-Mail Address*

of

Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
10,356 Individuals

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Zigler, Aaron M.
*Designee's Name (Last Name, First Name & Middle Initial)*

327318     312-210-7278
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

amz@kellerlenkner.com
*E Mail Address*

of

Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☒ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

Dated   4/15/2020

U.S. District Judge/U.S. Magistrate Judge