Aaron Zigler (#327318)
  amz@kellerlenkner.com
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTMATES INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> 10,356 INDIVIDUALS, <br><br> *Defendants*. | Case No: 2:20-cv-02783-PSG <br><br> **DEFENDANTS' UNOPPOSED MOTION TO FILE DECLARATIONS AND EXHIBITS UNDER SEAL** <br><br> *[Declaration of Warren Postman, [Proposed] Order]* |

1. In accordance with Civil Local Rule 79-5.2.2, Defendants file this unopposed motion to file certain exhibits and declarations under seal.

   1. On May 8, 2020, Defendants informed the Court that many of them intend to file a cross-petition and motion to compel arbitration against Postmates. ECF No. 39.

   2. Those Defendants intend to attach to their motion to compel exhibits and declarations that contain personal identifying information, including email addresses, phone numbers, and home addresses. Postman Decl. ¶ 3.

   3. On May 21, 2020, counsel for Defendants emailed counsel for Postmates asking if Postmates would stipulate to filing those exhibits and declarations with personal identifying information redacted. *Id.* ¶ 4. Counsel for Defendants sent counsel for Postmates a draft stipulation and Exhibits A.1–A.2 and B.1–B.2 identified in paragraphs six and eight below. *Id.*

   4. On May 22, 2020, counsel for Postmates responded that Postmates "does not agree to the stipulation or motion as drafted" but that Postmates did "not oppose the sealing of personal identifying information such as the information redacted in the samples" it had been sent. *Id.* ¶ 5.

   5. Good cause exists to redact personal identifying information, and courts routinely allow (and in some instances order) parties to redact the type of information contained on Exhibit A, *see, e.g., Ehret v. Uber Technologies, Inc.*, No. 14-cv-00113-EMC, 2015 WL 12977024, at *3 (N.D. Cal. Dec. 2, 2015) (finding that the "privacy interests implicated" in a list with "the names and e-mail addresses of Uber employees and Uber users . . . warrant redaction"); *O'Connor v. Uber Technologies, Inc.*, No. C-13-3826-EMC, 2015 WL 355496, at *3 (N.D. Cal. Jan. 27, 2015) ("[T]he Court will order Uber to redact the relevant driver's email address for privacy reasons, again noting that the email address is not relevant to any of the issues in this litigation, nor would the public have any real interest in its disclosure."). Postman Decl. ¶ 7. And the Court has already granted a similar motion to seal. ECF No. 29.

6. A true and correct copy of an example demand for arbitration filed by a Defendant against Postmates with the American Arbitration Association is attached as Exhibit A.1 to this motion, and an unredacted version of the same example demand for arbitration is attached as Exhibit B.1 to the Postman Declaration (with the proposed redacted portions highlighted in yellow). Postman Decl. ¶ 7.

7. Certain Defendants intend to file several other similar example demands for arbitration. Each example demand would be redacted in substantially the same manner as Exhibit A.1. *Id.* ¶ 8.

8. A true and correct copy of an example declaration that certain Defendants intend to file in support of their motion to compel arbitration is attached as Exhibit A.2 to this motion, and an unredacted version of the same example declaration is attached as Exhibit B.2 to the Postman Declaration (with the proposed redacted portions highlighted in yellow). *Id.* ¶ 9.

9. Certain Defendants intend to file similar declarations in support of their motion to compel Postmates to arbitration. Each declaration would be redacted in substantially the same manner as Exhibit A.2. *Id.* ¶ 10.

10. Defendants respectfully request that the Court enter an Order establishing that Defendants may file the above identified exhibits and declarations under seal with personal identifying information redacted

Dated: May 22, 2020

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Respectfully submitted,

/s/ Warren Postman
Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Aaron Zigler (#327318)
  amz@kellerlenkner.com
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Defendants*