# Exhibit A

# Exhibit A.1



**AMERICAN ARBITRATION ASSOCIATION®**

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.

Mediation: If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.

## Parties (Claimant)

Name of Claimant: Parisa Aalami (KL Tracking No. 5743046)

Address: [REDACTED]

City: Corona Del Mar | State: California | Zip Code: 92625

Phone No.: [REDACTED] | Fax No.:

Email Address: [REDACTED]

Representative's Name: Aaron Zigler

Firm: Keller Lenkner LLC

Representative's Address: 150 N Riverside Plaza, Suite 4270

City: Chicago | State: Illinois | Zip Code: 60606

Phone No.: 3122107278 | Fax No.:

Email Address: amz@kellerlenkner.com

## Parties (Respondent)

Name of Respondent: Postmates Inc.

Address: 201 Third Street, Suite 200

City: San Francisco | State: California | Zip Code: 94103

Phone No.: | Fax No.:

Email Address:

Representative's Name: Dhananjay S. Manthripragada

Firm: Gibson, Dunn & Crutcher LLP

Representative's Address: 333 South Grand Avenue

City: Los Angeles | State: California | Zip Code: 90071

Phone No.: 2132297366 | Fax No.:

Email Address: DManthripragada@gibsondunn.com

Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: $21000, subject to amendment according to proof.
Claim involves: ☑ Statutorily Protected Rights    ☐ Non-Statutorily Protected Rights

**AMERICAN ARBITRATION ASSOCIATION®**

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary: <br> Claimant has been a courier for Postmates. Postmates has misclassified Claimant as an independent contractor instead of an employee. Claimant seeks all available relief under the following provisions, as shown to be applicable following discovery of information exclusively within Postmates's control: California Labor Code, Wage Order No. 9 (Minimum Wage & Overtime); Applicable Municipal Codes (Minimum Wage, Overtime, Sick Time, & Notice Violations); California Labor Code § 226 (Wage Statement & Records Access); and Cal. Bus. & Prof. Code § 17200 (Unfair & Unlawful Business Practices). <br><br> Claimant's claims fall within the scope of the arbitration provision contained in the Postmates Fleet Agreement, effective 5/11/2019, which Claimant was required to sign as a condition of making deliveries for Postmates. That agreement is included as Exhibit C in the Dropbox folder by which Claimant served this demand on AAA and Postmates. |
| Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☑ Punitive/ Exemplary <br> ☑ Other: Declaratory relief; appropriate individual equitable relief, damages; penalties; and restitution |
| Please describe the qualifications for arbitrator(s) to hear this dispute: <br> Under the applicable arbitration agreement, "[t]he arbitration shall be heard by one arbitrator selected in accordance with AAA rules. The arbitrator shall be an attorney with experience in the law underlying the dispute." §10B.vi. |
| Hearing: Estimated time needed for hearings overall: 6 hours |
| Hearing Locale: Claimant requests a hearing location in, or reasonable near, the county in which Claimant resides. <br> *(check one)* ☑ Requested by Claimant  ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA) – Claimant will satisfy the filling fee requirement. <br> Filing by Company:  ☐ $2,200 single arbitrator  ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |

| Signature (may be signed by a representative): | Date: |
|---|---|
| *[signature]* | February 14, 2020 |

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |

# Exhibit A.2

## DECLARATION IN SUPPORT OF ARBITRATION

1. My name is Parisa Aalami.

2. I am over the age of 18. I have personal knowledge of the facts stated in this declaration, and if called upon as a witness, I could testify competently thereto. All my statements below are made to the best of my knowledge and recollection.

3. I currently reside in Corona Del Mar, California.

4. The email address that I believe to be associated with my Postmates account is [REDACTED]

5. I believe my most recent delivery for Postmates was in or around February 2020.

6. My understanding is that when Postmates makes changes to its arbitration agreement, it requires couriers to "click through" that new agreement before they can continue making deliveries. Therefore, the last arbitration agreement that I clicked through would have been the one in effect at the time I last made a delivery for Postmates.

7. I have retained Keller Lenkner LLC and Troxel Law LLP to represent me in my misclassification claims against Postmates.

8. My attorneys have provided me with the proposed settlement agreement and notice in *Rimler v. Postmates Inc.*, Case No. CGC-18-567868, in the Superior Court of California, San Francisco County. Based on the documents provided and my attorneys' recommendation, I do not believe I will want to participate in the proposed settlement in *Rimler*. And I do not want to delay pursuing my claim in arbitration while the court considers whether to grant preliminary approval of the settlement.

I affirm the foregoing is true under penalty of perjury under the laws of the United States and California.

5/13/2020

Parisa Aalami