### DECLARATION IN SUPPORT OF ARBITRATION

1. My name is Aaliyah Greenwood.

2. I am over the age of 18. I have personal knowledge of the facts stated in this declaration, and if called upon as a witness, I could testify competently thereto. All my statements below are made to the best of my knowledge and recollection.

3. I currently reside in Inglewood, California.

4. The email address that I believe to be associated with my Postmates account is ███████████████████████████████████████.

5. I believe my most recent delivery for Postmates was in or around January 2019.

6. My understanding is that when Postmates makes changes to its arbitration agreement, it requires couriers to "click through" that new agreement before they can continue making deliveries. Therefore, the last arbitration agreement that I clicked through would have been the one in effect at the time I last made a delivery for Postmates.

7. I have retained Keller Lenkner LLC and Troxel Law LLP to represent me in my misclassification claims against Postmates.

8. My attorneys have provided me with the propsed settlement agreement and notice in *Rimler v. Postmates Inc.*, Case No. CGC-18-567868, in the Superior Court of California, San Francisco County. Based on the documents provided and my attorneys' recommendation, I do not believe I will want to participate in the proposed settlement in *Rimler*. And I do not want to delay pursuing my claim in arbitration while the court considers whether to grant preliminary approval of the settlement

I affirm the foregoing is true under penalty of perjury under the laws of the United States and California.

5/6/2020

DocuSigned by:
*[signature]*
3F8DD035C2EF4B5...

Aaliyah Greenwood

MR0001