

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| POSTMATES INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>10,356 INDIVIDUALS,<br><br>           Defendants. | CASE NO. 2:20-cv-02783-PSG-JEM<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT<br><br>Hon. Philip S. Gutierrez<br><br>Action Filed:   March 25, 2020<br>Trial Date:     None Set |
|---|---|

1  The Court, having considered the parties' Joint Stipulation to Allow Plaintiff to
2  File a Second Amended Complaint, hereby orders that Postmates Inc. may file a Second
3  Amended Complaint in this action.
4  **IT IS SO ORDERED.**
5  Dated this 29th day of June 2020

Hon. Philip S. Gutierrez
United States District Judge