Case 2:20-cv-02783-PSG-JEM   Document 63   Filed 07/06/20   Page 1 of 6   Page ID #:3714

Aaron Zigler (#327318)
  amz@kellerlenkner.com
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1999 Avenue of the Stars
Suite 1100
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Defendants/Cross-Petitioners*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTMATES INC.,<br><br>    *Plaintiff,*<br><br>vs.<br><br>10,356 INDIVIDUALS,<br><br>    *Defendants.*<br><br>GREENWOOD, et al.,<br><br>    *Cross-Petitioners,*<br><br>vs.<br><br>POSTMATES INC.,<br><br>    *Cross-Respondent.* | Case No: 2:20-cv-02783-PSG<br><br>**THIRD DECLARATION OF MARQUEL REDDISH ISO CROSS-PETITIONERS' MOTION TO COMPEL ARBITRATION**<br><br>**Judge:** Hon. Philip S. Gutierrez<br>**Date:** July 20, 2020<br>**Time:** 1:30 p.m. |

CASE NO. 2:20-cv-02783-PSG

I, Marquel Reddish, declare based on personal knowledge as follows:

1. I am an Associate at Keller Lenkner LLC, counsel for Cross-Petitioners ("Petitioners") in this matter.

2. I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would testify competently thereto.

3. This declaration is submitted in support of Cross-Petitioners' Motion to Compel Arbitration.

4. Keller Lenkner has repeatedly told Postmates that it is willing to meet-and-confer regarding any courier clients for whom Postmates is unable to locate an arbitration agreement. A true and correct copy of a December 11, 2019 email informing Postmates that "we remain willing—as we have made clear since May—to confer with Postmates to help it identify Petitioners in its records" is attached at MR5291. Postmates has never taken Keller Lenkner up on its offer for any of its clients, including Petitioners. Postmates's opposition was the first time Postmates has ever identified any Petitioners who it believes do not have an arbitration agreement.

5. Keller Lenkner is still investigating Postmates's claims regarding those Petitioners that it claims are not subject to an arbitration agreement. Keller Lenkner has already identified Petitioners who have documentary proof of their Postmates courier accounts.

6. I have compared the exhibits attached to Postmates's Second Amended Complaint that identify Defendants who Postmates claims are not subject to an arbitration agreement, ECF Nos. 61-2, 61-3, 62-4, to the Exhibits attached to the Declaration of Jerica Sunga that identify the same categories of Petitioners, ECF Nos. 58-1, 58-2, 58-3. I have identified at least 48 Defendant-Petitioners who Postmates identified as having an agreement to arbitrate in the Second Amended Complaint but later identified as not having an arbitration agreement in its opposition. A true and correct copy of a list identifying those 48 Defendant-

Petitioners is attached at MR5292–93. In addition to those inconsistencies, I have identified other instances where Postmates identified a Defendant-Petitioner differently across the two filings.

7. Keller Lenkner remains committed to resolving these factual disputes with Postmates. If a good-faith, meet-and-confer process establishes that any Petitioner is not party to, or opted out of, an arbitration agreement, that Petitioner will withdraw from the motion to compel.

I affirm the foregoing is true under penalty of perjury under the laws of the United States of America.

Signed on July 6, 2020 in Chicago, Illinois

                                          /s/ Marquel Reddish
                                        Marquel Reddish

**From:** Warren Postman <wdp@kellerlenkner.com>
**Sent:** Wednesday, December 11, 2019 7:25 AM
**To:** Manthripragada, Dhananjay S. <DManthripragada@gibsondunn.com>; AAA Heather Santo <heathersanto@adr.org>; Ashley Keller <ack@kellerlenkner.com>; Fogelman, James P. <JFogelman@gibsondunn.com>; Mathur, Shaun <SMathur@gibsondunn.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; Cochrane, Thomas <TCochrane@gibsondunn.com>; Maryott, Michele L. <MMaryott@gibsondunn.com>; McKenna, Madeleine <MMcKenna@gibsondunn.com>; Travis Lenkner <tdl@kellerlenkner.com>; Sean Duddy <skd@kellerlenkner.com>
**Subject:** RE: [Password protected attachment] RE: Individuals v. Postmates, Inc - Case 01-19-0001-2994 [UNSCANNED]

[External Email]
James,

I am writing regarding the list of *Adams* Petitioners Postmates sent to AAA who Postmates claims it cannot locate in its records and are therefore not party to a valid arbitration agreement with Postmates. Postmates is under a federal Court order to arbitrate with each *Adams* Petitioner and cannot disregard that order simply because it regrets its tactical to decision not raise certain arguments with the *Adams* Court. Nonetheless, we remain willing—as we have made clear since May—to confer with Postmates to help it identify Petitioners in its records. As a first step in that process, please tell us what data points Postmates searched for in its records. As you know, DoorDash repeatedly claimed, as Postmates does, that it could not locate 15% to 20% of Keller Lenkner's clients in its records; but when DoorDash conducted a proper search for all data points we had provided, it actually could find over 97% before receiving any supplemental information from us. Once Postmates confirms it has conducted a proper search, we would be happy to provide supplemental information to help you identify the remaining Petitioners.

Sincerely,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

MR5291

# Exhibit
# MR5292–93

| KL ID | First Name | Last Name |
|---|---|---|
| 5334293 | Paulo | Abesamis |
| 5357424 | Ciara | Adams |
| 6018871 | Antwannet | Allen |
| 4758535 | Dianne | Balneg |
| 6054709 | Anthony | Baptista |
| 6026877 | Oscar | Bermúdez |
| 5109949 | Crystal | Bley |
| 6165977 | Alves | Cardoso |
| 6279388 | Pablo | Castañeda |
| 6162009 | Justin | Chambers |
| 6050840 | Sarah | Cheesebourough |
| 6058993 | Daniel | Cohen |
| 6058694 | Kevin | Crockett |
| 6019781 | Tiffany | Da Silva |
| 6020057 | Jorge | De La Torre |
| 5325150 | Predrag | Filipovic |
| 5323722 | Alejandro | Garcia |
| 6010551 | Phillip | Goff |
| 6050844 | Renika | Gravette |
| 5369876 | Mario | Guevara |
| 6078395 | Mackenzie | Hall |
| 6019756 | Edward | Harrison |
| 4758030 | Dominique | James |
| 6019399 | Shane | Lackman |
| 6026757 | Leah | Lewis |
| 6054719 | James | Linzy |
| 6054494 | Joshua | Marshall |
| 6023617 | Reggie | Mccoy |
| 6371376 | Marcus | Mondragon |
| 6010569 | Matthew | Morrison |
| 6063462 | Nicole | Nappi |
| 6018695 | Sanedow | Neeley |
| 6054515 | Makani Kai | Payo |
| 6040907 | Larry | Phuy |
| 6074095 | Ana | Portillo |
| 6063957 | Daisy | Quinonez |
| 6022046 | Julian | Ramirez |
| 6018806 | Raul | Sanchez |
| 6025766 | Janel | Sandoval |
| 6020338 | Jenna | Sherman |
| 6098957 | Jennifer | Sierra |

| KL ID | First Name | Last Name |
|---|---|---|
| 6103759 | Charlotte | Snodgrass |
| 6023628 | Danny | Soeech |
| 6082220 | Erin Michele | Soto |
| 5837625 | Reynaldo | Valdez |
| 6019490 | Nicholas | Vidaña |
| 6054077 | Curtis | Washington Ii |
| 6078414 | Michael | Webb |

MR5293