THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
  smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Plaintiff Postmates Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTMATES INC., <br><br>        Plaintiff, <br><br>v. <br><br>10,356 INDIVIDUALS, <br><br>        Defendants. <br><br>GREENWOOD, et al., <br><br>        Cross-Petitioners, <br><br>v. <br><br>POSTMATES INC., <br><br>        Cross-Respondent. | CASE NO. 2:20-cv-02783-PSG <br><br>**NOTICE OF CONSTITUTIONAL CHALLENGE UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.1** <br><br>Judge:    Hon. Philip S. Gutierrez <br>Trial Date: None Set |

Gibson, Dunn & Crutcher LLP

## **NOTICE OF CONSTITUTIONAL CHALLENGE**

Pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(B), Postmates hereby gives notice that Postmates is challenging Senate Bill 707, codified at California Code of Civil Procedure §§ 1281.97–1281.99, on grounds that Senate Bill 707 is preempted by the Federal Arbitration Act and unconstitutional under the federal and state contracts clauses. Attached as **Exhibit A** is a true and correct copy of Postmates' Second Amended Complaint, in which Postmates raises a constitutional challenge to Senate Bill 707. Attached as **Exhibit B** is a true and correct copy of Postmates' Opposition to Cross-Petitioners' Motion to Compel Arbitration, in which Postmates also raises its constitutional challenge to Senate Bill 707.

Pursuant to Federal Rule of Civil Procedure 5.1(a)(2), Postmates will serve this notice and **Exhibits A and B** on Xavier Becerra, the Attorney General of California.

Dated: July 9, 2020

By: */s/ Theane Evangelis*
Theane Evangelis

Attorneys for Plaintiff Postmates Inc.

# PROOF OF SERVICE

I, Emily Sauer, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On July 9, 2020, I served the following document(s):

**NOTICE OF CONSTITUTIONAL CHALLENGE UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.1**

on the parties stated below, by the following means of service:

Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230
Tel.: 213.269.6000

☐ **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

Executed on July 9, 2020.

*/s/ Emily Sauer*
Emily Sauer