Aaron Zigler (#327318)
 amz@kellerlenkner.com
Ashley Keller (*pro hac vice*)
 ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
 wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
 kcustis@custislawpc.com
CUSTIS LAW, P.C.
1999 Avenue of the Stars
Suite 1100
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Defendants/Cross-Petitioners*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTMATES INC., | Case No: 2:20-cv-02783-PSG |
| *Plaintiff,* | **CROSS-PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |
| vs. | |
| 10,356 INDIVIDUALS, | |
| *Defendants.* | |
| GREENWOOD, et al., | **Judge:** Hon. Philip S. Gutierrez<br>**Date:** July 22, 2020<br>**Time:** 1:30 p.m. |
| *Cross-Petitioners,* | |
| vs. | |
| POSTMATES INC., | |
| *Cross-Respondent.* | |

Cross-Petitioners respectfully submit this Notice of Supplemental Authority in Support of Cross-Petitioners' Motion to Compel Arbitration [Dkt. No. 44]. Attached as Exhibit A is a copy of the opinion from the United States District Court for the Northern District of Illinois in *McClenon, et al. v. Postmates Inc.*, Case No. 19-cv-06415, Dkt. No. 51 (July 20, 2020).

Dated: July 21, 2020

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1999 Avenue of the Stars
Suite 1100
Los Angeles, California 90067
(213) 863-4276

Respectfully submitted,

/s/ Warren Postman
Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Aaron Zigler (#327318)
  amz@kellerlenkner.com
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Defendants/Cross-Petitioners*