UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2783-PSG (JEMx) | Date | September 22, 2020 |
|---|---|---|---|
| Title | POSTMATES INC. V. 10,356 INDIVIDUALS | | |

| Present: The Honorable | Philip S. Gutierrez, United States Chief District Court Judge |
|---|---|

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Theano Evangelis Kapur<br>Dhananjay S Manthripragada | Warren D Postman<br>Ashley Teller<br>Marquel Reddish |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

The Court sets the following briefing schedule for Plaintiff's Motion for Judgment on the Pleadings:

| | |
|---|---|
| Plaintiff's Opening Brief due: | 10/05/2020 |
| Defendants' Opposition due: | 10/19/2020 |
| Plaintiff's Reply due: | 10/26/2020 |
| Hearing (1:30 p.m.): | 11/17/2020 |

Furthermore, the Defendants' Motion to Compel Arbitration [44] shall also be heard on November 17, 2020 at 1:30 p.m. All other matters are stayed.

| | : | 30 |
|---|---|---|
| Initials of Preparer | wh | |