# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| POSTMATES INC. | 2:20−cv−02783−PSG−JEM |
| Plaintiff(s), | |
| v. | |
| 10,356 INDIVIDUALS | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

　10/05/2020　　　　77　　　　MOTION for Judgment on the Pleadings

 Date Filed　　　　Doc. No.　　Title of Doc.

**IT IS HEREBY ORDERED:**

　　The document is accepted as filed.


　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: October 9, 2020　　　　　　　　By: /s/ *Wendy Melgar*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


*cc: Assigned District Judge and/or Magistrate Judge*