ARCHIS A. PARASHARAMI (SBN 321661)
aparasharami@mayerbrown.com
ANDREW J. PINCUS (*pro hac vice* to be filed)
apincus@mayerbrown.com
DANIEL E. JONES (*pro hac vice* to be filed)
djones@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3300

Attorneys for *Amicus Curiae*
THE CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POSTMATES INC., <br><br> Plaintiff, <br><br> v. <br><br> 10,356 INDIVIDUALS, <br><br> Defendants. <br><br> GREENWOOD, et al., <br><br> Cross-Petitioners, <br><br> v. <br><br> POSTMATES INC., <br><br> Cross-Respondent. | Case No. 2:20-cv-02783-PSG <br><br> **REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE PROPOSED BRIEF OF *AMICUS CURIAE* THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA IN SUPPORT OF POSTMATES' MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date: November 17, 2020 <br> Time: 1:30 P.M. <br> Courtroom: 6A, 6th Floor <br> Judge:  Hon. Philip S. Gutierrez |

The Chamber submits three short points in response to Defendants' opposition to the filing of the Chamber's amicus brief.

*First*, the legal issue squarely presented here—the constitutionality of California Senate Bill 707—is a question of first impression that no federal or state court has addressed to date. This Court's views on that issue are very important and will be closely watched by other courts that will inevitably confront the issue. And counsel for Defendants are certainly aware that a significant number of the Chamber's members and the broader business community have a substantial interest in the outcome; indeed, Postmates is only one of many companies against which counsel for Defendants have pursued their strategy of filing large numbers of identical (meritless) arbitration demands in this State.[1] The threat of enforcement of SB 707 hangs over the heads of each of those businesses, many of whom are Chamber members.

*Second*, the Chamber rarely seeks to file amicus briefs in district court, doing so only in cases, like this one, that raise significant and novel legal issues of considerable importance to the business community generally. Each year the Chamber files on average about ten amicus briefs in cases in federal district court. There were more than 297,000 civil cases filed in 2019. https://www.uscourts.gov/sites/default/files/data_tables/jff_4.1_0930.2019.pdf. It is telling that Defendants simply ignore the five district court cases that the Chamber cited in its opening motion—three of which were in district courts in California—in which the Chamber was permitted to file an amicus brief addressing the constitutionality of state laws or regulations of interest to the business community. *See* Mot. 1 n.1.

---

[1] *See, e.g.*, *Lyft, Inc. v. Postman*, No. 18-cv-6978, Dkt. No. 1 (Complaint) (N.D. Cal. Nov. 16, 2018); *accord Diva Limousine, Ltd. v. Uber Techs., Inc.*, 2019 WL 144589 (N.D. Cal. Jan. 9, 2019); *Intuit v. 9,933 Individuals*, No. 20STCV22761 (Cal. Super. Ct.).

*Third*, Defendants' reliance upon *United States v. Microsoft* is misplaced. That was a rare case in which the Chamber sought leave to file after the opposing party (the Government) had already filed its opposition in the parties' underlying discovery dispute—albeit for good reason, as it was the Government's very opposition that raised the issues that the *amici* sought leave to address. In any event, that raised the concern that the opposing party either would not have an opportunity to respond to the Chamber's amicus brief or that it would have to be granted leave to file an additional brief addressing *amici*'s arguments. Here, of course, that concern is not present: the Defendants have ample opportunity to respond to the Chamber's brief in their response to Postmates' motion.

Accordingly, the Chamber respectfully requests that the Court grant its motion and accept the proposed amicus brief.

DATED:  October 19, 2020                    Respectfully submitted,

By:   /s/Archis A. Parasharami
Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
Andrew J. Pincus*
apincus@mayerbrown.com
Daniel E. Jones*
djones@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C., 20006-1101
(202) 263-3000

Attorneys for *Amicus Curiae* the Chamber of Commerce of the United States of America

**Pro Hac Vice* to be filed