| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>THEANE EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>213-229-7000<br><br>ATTORNEY(S) FOR: Plaintiff Postmates Inc. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Postmates Inc.<br><br>Plaintiff(s),<br>v.<br><br>10,356 Individuals<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-02783-PSG<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Postmates Inc.  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Uber Technologies, Inc. | Uber Technologies, Inc. is the parent corporation of Postmates, LLC f/k/a Postmates Inc. |

December 18, 2020             /s/ Theane Evangelis
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Postmates Inc.

CV-30 (05/13)                       NOTICE OF INTERESTED PARTIES