UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2783-PSG (JEMx) | Date | January 13, 2021 |
|---|---|---|---|
| Title | POSTMATES INC. V. 10, 356 INDIVIDUALS | | |

| Present: The Honorable | Philip S. Gutierrez, United States Chief District Court Judge |
|---|---|
| Wendy Hernandez | Marea Woolrich |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Theano Evangelis | Warren Postman |

**Proceedings:** ZOOM HEARING

PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS ON POSTMATES' SECOND, THIRD, AND FIFTH CAUSES OF ACTION FILED 10/05/20 (DOC. 77)

DEFENDANTS/CROSS-PETITIONERS' MOTION TO COMPEL ARBITRATION
FILED 5/22/20 (DOC. 44)

Having considered all papers submitted as to the motions referenced above and the oral argument presented today, the Court takes the motions under submission.

: 29

Initials of Preparer    wh