FILED

APR 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| POSTMATES, LLC, AKA Postmates, Inc.,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>10,356 INDIVIDUALS,<br><br>        Defendant-Appellee. | No.   21-55052<br><br>D.C. No.<br>2:20-cv-02783-PSG-JEM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation