| | |
|---|---|
| 1 | THEANE EVANGELIS, SBN 243570 |
| | tevangelis@gibsondunn.com |
| 2 | DHANANJAY S. MANTHRIPRAGADA, SBN 254433 |
| | dmanthripragada@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 4 | Los Angeles, CA  90071-3197 |
| | Telephone:  213.229.7000 |
| 5 | Facsimile:   213.229.7520 |
| 6 | MICHELE L. MARYOTT, SBN 191993 |
| | mmaryott@gibsondunn.com |
| 7 | SHAUN A. MATHUR, SBN 311029 |
| | smathur@gibsondunn.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 3161 Michelson Drive |
| 9 | Irvine, CA  92612-4412 |
| | Telephone:  949.451.3800 |
| 10 | Facsimile:   949.451.4220 |
| 11 | Attorneys for Plaintiff POSTMATES INC. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POSTMATES INC., | Case No.   2:20-cv-02783-PSG |
| *Plaintiff*, | **JOINT STIPULATION OF DISMISSAL** |
| vs. | |
| 10,356 INDIVIDUALS, | Judge:    Hon. Philip S. Gutierrez |
| *Defendants.* | |
| GREENWOOD, et al., | |
| *Cross-Petitioners*, | |
| vs. | |
| POSTMATES INC., | |
| *Cross-Respondent.* | |

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: April 15, 2021         By:    /s/ *Theane Evangelis*
                                     Theane Evangelis (#243570)
                                        tevangelis@gibsondunn.com
                                     GIBSON, DUNN & CRUTCHER LLP
                                     333 South Grand Avenue
                                     Los Angeles, California 90071-3197
                                     (213) 229-7000

                                     *Attorney for Plaintiff/Cross-Respondent Postmates Inc.*

Dated: April 15, 2021         By:    /s/ *Ashley Keller*
                                     Ashley Keller (*pro hac vice*)
                                        ack@kellerlenkner.com
                                     KELLER LENKNER LLC
                                     150 N. Riverside Plaza, Suite 4270
                                     Chicago, Illinois 60606
                                     (312) 741-5220

                                     *Attorney for Defendants/Cross-Petitioners*

**SIGNATURE ATTESTATION**

I, Theane Evangelis, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: April 15, 2021

                                        Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: */s/ Theane Evangelis*
                                                      Theane Evangelis

                                        Attorneys for Plaintiff POSTMATES INC.