1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**
CLERK, U.S. DISTRICT COURT

4/16/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

JS-6

link 103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTMATES INC., | Case No.    2:20-cv-02783-PSG |
| *Plaintiff,* | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL |
| vs. | |
| 10,356 INDIVIDUALS, | Judge:    Hon. Philip S. Gutierrez |
| *Defendants.* | |
| GREENWOOD, et al., | |
| *Cross-Petitioners,* | |
| vs. | |
| POSTMATES INC., | |
| *Cross-Respondent.* | |

1    The Court, having considered the Joint Stipulation of Dismissal submitted by

2    the parties, hereby **ORDERS** that:

3    This action is dismissed, including all claims stated herein against all parties,

4    with each party to bear its own attorney's fees and costs.

5    **IT IS SO ORDERED.**

6

7    Dated this __ day of _____ 2021

8    _____

9    Hon. Philip S. Gutierrez
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28